JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PINEDA<br><br>         Plaintiff,<br>   v.<br><br>ABBOTT LABORATORIES, INC. a corporation, DBA ABBOTT SALES, MARKETING DISTRIBUTION CO and ABBOTT NUTRITION; ABBOTT LABORATORIES, a corporation; ALEX MAZZENGA, and DOES 1 to 100, inclusive.<br>   Defendants. | Case No.: 2:18-cv-03395-SVW-RAO<br><br>**The Honorable Stephen V. Wilson**<br><br>**ORDER RE DISMISSAL WITH PREJUDICE** |

# ORDER

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff, Ronald Pineda, by and through his counsel of record, hereby requests dismissal of this action with prejudice. Defendants, Abbott Laboratories, Inc. a corporation, Dba Abbott Sales, Marketing Distribution Co and Abbott Nutrition; Abbott Laboratories, a corporation; and Alex Mazzenga, by and through its counsel of record, hereby stipulate to Plaintiff's request. Each of the undersigned parties agrees that it shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  January 8, 2022

_____
The Honorable Stephen V. Wilson.
United States District Court Judge